### WALKER *et al. v.* EVANS *et al.*

BLECKLEY, C. J.—The bill of exceptions complaining of error committed by Judge ROBERTS in dismissing a *certiorari* at July term, 1889, of the superior court, and the transcript of the record certified and sent up by the clerk showing no such *certiorari* or judgment, but a *certiorari* between the same parties heard in February, 1889, with a judgment sustaining the *certiorari*, which judgment was rendered by J. W. Lindsay as judge *pro hac vice*, it is manifest that the bill of exceptions and the transcript apply to different adjudications.        *Writ of error dismissed.*

March 31, 1890.

WHITFIELD & ALLEN, by HARRISON & PEEPLES, for plaintiffs in error.

C. P. CRAWFORD, by brief, *contra*.